UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA L. HARRINGTON and STEVEN W. HARRINGTON, individually and as a marital community composed thereof,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAFEWAY, INC., a foreign corporation; BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, LLC, a foreign limited liability company, and JOHN DOES 1-5,<br><br>        Defendants. | NO. 2:18-cv-01357-BJR<br><br>AGREED ORDER PERMITTING AMENDMENT OF COMPLAINT |

The parties hereto, through counsel, stipulate that the subjoined Order may be permitted to enter pursuant to Fed R. Civ. Pro. 15(a)(2).

Dated this 3rd day of December, 2018.

COGDILL NICHOLS REIN WARTELLE ANDREWS

/s/ Todd C. Nichols

TURNER KUGLER LAW, PLLC

/s/ John T. Kugler

AGREED ORDER PERMITTING AMENDMENT OF COMPLAINT - 1

**COGDILL NICHOLS REIN WARTELLE ANDREWS**
**3232 Rockefeller Avenue**
**Everett, WA 98201**
**(425) 259-6111**
**(425) 259-6435**

Todd C. Nichols   #15366                    John T. Kugler, WSBA #19960

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby ORDERED, ADJUDGED, and DECREED that the Plaintiffs may file their Amended Complaint in the form filed at Dkt. No. 13 as Attachment 1.

Dated this 11th day of December, 2018.

*Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:                                 Approved for entry;
                                              Notice of presentation waived:

COGDILL NICHOLS REIN WARTELLE ANDREWS         TURNER KUGLER LAW, PLLC

/s/ Todd C. Nichols                           /s/ John T. Kugler
_____               _____
By:  Todd C. Nichols   #15366                 John T. Kugler, WSBA #19960
Attorney for Plaintiff                        Attorney for Defendant Safeway
3232 Rockefeller Ave.                         6523 California Ave. SW, #454
Everett, WA  98201                            Seattle, WA  98136-1833
(425) 259-6111                                (206) 659-0679
todd@cnrlaw.com                               john@turnerkuglerlaw.com

AGREED ORDER PERMITTING AMENDMENT OF          **COGDILL NICHOLS REIN**
COMPLAINT - 2                                 **WARTELLE ANDREWS**
                                              **3232 Rockefeller Avenue**
                                              **Everett, WA  98201**
                                              **(425) 259-6111**
                                              **(425) 259-6435**