THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REBECCA L. HARRINGTON and STEVEN W. HARRINGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC., REYES COCA-COLA BOTTLING, LLC f/k/a BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, LLC, COHO DISTRIBUTING LLC and JOHN DOES 1-5,<br><br>Defendants. | No. 2:18-cv-01357-BJR<br><br>STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>NOTE ON MOTION CALENDAR: June 14, 2019 |

## I. STIPULATION

The parties, through their undersigned attorneys and in accordance with LCR 83.2(b)(1) agree to the withdrawal of John T. Kugler and substitution of William W. Spencer as attorney for Defendant Safeway Inc. The discovery cut-off date is January 15, 2020, and trial is scheduled for April 6, 2020. The parties approve of the subjoined proposed order.

ORDER - 1

**TURNER KUGLER LAW, PLLC**
6523 CALIFORNIA AVE. SW #454
SEATTLE, WA 98136
PHONE: (206) 659-0679

Dated: June 14, 2019.

| | |
|---|---|
| COGDILL NICHOLS REIN WARTELLE ANDREWS | TURNER KUGLER LAW, PLLC |
| By:     s/ Todd C. Nichols<br>   Todd C. Nichols, WSBA # 15366<br>   Mark P. Giuliano, WSBA # 49871<br>   Attorneys for Plaintiffs | By:     s/ John T. Kugler<br>   John T. Kugler, WSBA # 19960<br>   Attorney for Defendant Safeway Inc.<br>   (Withdrawing) |
| MURRAH DUNHAM & MURRAY | WILLIAMS, KASTNER & GIBBS PLLC |
| By:     s/ William W. Spencer<br>   William W. Spencer, WSBA # 9592<br>   Attorney for Defendant Safeway Inc.<br>   (Substituting) | By:     s/ Eddy Silverman<br>   Rodney L. Umberger, WSBA # 24948<br>   Eddy Silverman, WSBA # 53494<br>   Attorneys for Defendants BCI Coca-Cola Bottling Company of Los Angeles LLC and Reyes Coca-Cola Bottling |
| GOEHLER & ASSOCIATES | |
| By:     s/ Kasey C. Myhra<br>   Kasey C. Myhra, WSBA # 27100<br>   Attorney for Defendant CoHo Distributing LLC | |

## II. ORDER

The withdrawal and substitution of counsel for Defendant Safeway Inc. is approved as requested.

Dated: June 28, 2019.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

1

2  PRESENTED BY:

3  TURNER KUGLER LAW, PLLC

4

5  _____s/ John T. Kugler_____
John T. Kugler, WSBA # 19960
6  Attorney for Safeway Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER - 3